IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ABDUL MALIK AL-JUMAIL, and
FAWZIYAH HAIDER,

      Plaintiff,

vs.

Case #. 2:18-cv-10560-AJT-SDD

AYAD LAW, PLLC, et. al.,

      Defendants.

## STATUS REPORT

Defendants Allen Brothers PLLC ("Allen Brothers"), Harry Kalogerakos ("Kalogerakos"), Ayad Law, PLLC, Nabih H. Ayad & Assocs., P.C. ("Ayad & Assocs."), Nabih H. Ayad and Linda Loewe, by and through their attorneys and for their Status Report state as follows:[1]

1.    On November 13, 2018 Magistrate Judge Dawkins Davis entered an order staying proceedings pending the resolution of a Wayne County foreclosure action entitled *Nabih H. Ayad & Assocs, P.C. v. Fawziyah Mohamed Haider and Adbul Malik Al-Jumail*, Case No. 17-016789-CH, 2018 ("the foreclosure action").

2.    The parties provided a Status Report on December 13, 2018 advising that Ayad & Assocs. filed a Motion for Summary Disposition in the foreclosure action, that the motion was fully briefed and that the motion would be heard on December 14, 2018.

---

[1] Counsel for Allen Brothers and Kalogerakos emailed Ms. Haider on four separate occasions to request her input on the report, (October 29, 2019, October 30, 2019, November 4, 2019 and November 8, 2019). Counsel also mailed a letter to Ms. Haider enclosing a copy of the draft report on October 30, 2019. Ms. Haider did not respond and accordingly, her signature has not been included on the status report.

3. Prior to the hearing in the foreclosure action, on December 11, 2018 Ms. Haider filed a petition in bankruptcy pursuant to Chapter 13 entitled *In re Haider*, Case No. 18-56574 (Bankr. E.D. Mich).

4. As a result the foreclosure action was stayed.

5. In the meantime, on May 23, 2019, there was an evidentiary hearing in Al-Jumail's criminal case, *United States v. Al-Jumail*, Case No. 12-CR-20272 before the Honorable Denise Page Hood and a decision is pending.

6. On August 28, 2019 Judge Allen issued an order in the foreclosure action stating:

This case is closed for administrative purposes without prejudice.

This closing does not constitute a dismissal or a decision on the merits.

When the bankruptcy stay has been removed this case may be reopened on motion of any party.

7. Ms. Haider's bankruptcy proceeding remains pending and Ayad & Assocs. has a motion pending seeking relief from the stay in order to prosecute the foreclosure action. The motion has been adjourned to January 13, 2020.

Dated: November 8, 2019                  Respectfully submitted,

/s/*Ellen B. Jannette* (with consent)     /s/*Jennifer W. Weller*

Attorneys for Defendants Ayad Law PLLC, Nabih H. Ayad & Associates, P.C., Nabih H. Ayad and Linda Loewe

Attorney for Allen Brothers PLLC and Harry Kalogerakos, Defendants

Ellen Bartman Jannette (P41800)
Plunkett & Cooney
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
248-594-8221
Email: ejannette@plunkettcooney.com

Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin St.
Suite 2500
Chicago, IL  60606
312-704-3025
Email: jweller@hinshawlaw.com

2